UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUAN CARLOS MARTINEZ ROSENDO,

                Plaintiff,          20 cv 4656 (JGK)

    - against -                ORDER

JOHN DOE CORP. and GERSHOM LORDSON,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The plaintiff should file an Order to Show Cause for a Default Judgment by **December 4, 2020**.

    SO ORDERED.

Dated:    New York, New York
            November 5, 2020

                                      /s/ John G. Koeltl
                                          John G. Koeltl
                            United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-5-20
```