**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
JUAN CARLOS MARTINEZ ROSENDO, *individually and on behalf of others similarly situated,*

                *Plaintiffs*,

-against-

JOHN DOE CORP. (D/B/A JIREH TIRE) and GERSHOM LORDSON,

                *Defendants.*
-------------------------------------------------------X

**20-cv-4656**

**ORDER TO SHOW CAUSE**

Upon the declaration of Clela Errington, Esq. dated December 4, 2020 and attached exhibits, it is ORDERED:

That Defendants shall respond in writing to this Order to Show Cause for a default judgment by __**12/18/2020**__. If the Defendants fail to respond by that date, judgment may be entered against them and the defendants will have no trial. The plaintiff may reply by __**12/22/2020**__;

The plaintiff shall serve a copy of this Order to Show Cause by __**12/09/2020**__ and shall file proof of service by __**12/11/2020**__;

No personal appearances are required in connection with this Order to Show Cause

Dated: New York, New York

ISSUED: __**December 7, 2020**__

                              /s/ John G. Koeltl
                              HONORABLE JOHN G. KOELTL
                              UNITED STATES DISTRICT JUDGE