UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────

JUAN CARLOS MARTINEZ ROSENDO,

                Plaintiff,

    - against -

JOHN DOE CORP., ET AL.,

                Defendants.
───────────────────────────────────

20-cv-4656 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    By Order dated December 7, 2020, the Court directed the defendants to show cause by December 18, 2020 why a default judgment should not be entered against them. The defendants failed to respond. The Clerk had entered a certificate of default on December 4, 2020. Therefore, the plaintiff is entitled to a default judgment against the defendants. The case is referred to the Magistrate Judge for an inquest to determine the appropriate judgment to be entered.

**SO ORDERED.**

Dated:    New York, New York
           February 9, 2021

                                            /s/ John G. Koeltl
                                                John G. Koeltl
                                    United States District Judge