**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
:
JUAN CARLOS MARTINEZ ROSENDO,
:
:
                            Plaintiff,         :             20-CV-4656 (JGK) (OTW)
:
      -against-                     :                     **ORDER**
:
JOHN DOE CORP. d/b/a JIREH TIRE, et al.,  :
:
                           Defendants.  :
:
-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

This matter has been referred to me for Inquest After Default. (ECF 22). By **March 12, 2021,** Plaintiff shall serve on Defendants and file an inquest memorandum setting forth proof of damages. Plaintiff shall also serve a copy of this Order on Defendants by **March 12, 2021** and file an affidavit of service on the docket.

Plaintiff's proposed findings of fact and law should specifically tie the proposed damages figure to the legal claim(s) on which liability has been established. Further, Plaintiff's proposed damages figures should be supported by documentary evidence and/or one or more affidavits by an individual with personal knowledge establishing the proposed figures. *See RGI Brands LLC v. Cognac Brisset-Aurige, S.A.R.L.*, No. 12-CV-1369 (LGS) (AJP), 2013 WL 1668206, at *6 (S.D.N.Y. Apr. 18, 2013) (noting burden on plaintiff to establish damages amount with "reasonable certainty"). Plaintiff must also include documentation, including contemporaneous time records, supporting any requested attorney's fees and costs.

Defendants' opposition papers shall be filed by **April 12, 2021**.

The Court hereby notifies the parties that it may conduct this inquest solely on the written submissions of the parties. *See Action S.A. v. Marc Rich & Co., Inc.*, 951 F.2d 504, 508 (2d Cir. 1991). If any party seeks an evidentiary hearing on damages, such party must include the request in its papers, as well as provide reasons why a hearing is necessary and detail what types of additional evidence would be presented at the hearing.

**SO ORDERED.**

Dated: February 11, 2021
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge