### *Michael Faillace & Associates, P.C.*
60 East 42nd Street
Suite 4510
New York, NY 10165

Ph:(212) 317-1200         Fax:(212) 317-1620

Juan Martinez Rosendo                                                                    March 9, 2021
3285 Decatur Ave basement
Bronx, NY
10467

|                |                                      |
|----------------|--------------------------------------|
| **Attention:** | File #:    JirehTire<br>Inv #:    Sample |

**RE:**     Martinez Rosendo et al v. John Doe Corp. et al; 20-cv-4656

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Sep-01-20 | reviewed status | 0.10 | 12.50 | PL |
| Sep-10-20 | Sent Complaint, Summonses, and Corporate Notice out for service on Defendants | 1.00 | 125.00 | PL |
| Sep-15-20 | Review updates from process server. | 0.10 | 35.00 | CE |
| Oct-05-20 | reviewed court order reporting the occurrence of the phone conference andsetting date for the pre-trial conference by phone; directed staff to update case chart ; filed order in the proper folder for future reference | 0.30 | 135.00 | MF |
| | reviewed court order rescheduling date for the hearing; directed staff to update case chart ; filed order in the proper folder for future reference | 0.30 | 135.00 | MF |
| | reviewed affidavits of service filed in court; directed staff to update case chart ; filed affidavits in the proper folder for future reference reviewed affidavits of service filed in court; directed staff to update case chart ; filed affidavits in the proper folder for future reference | 0.30 | 135.00 | MF |
| | Review ECF notification. | 0.10 | 35.00 | CE |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | File affidavit of service. | 0.20 | 70.00 | CE |
| Nov-05-20 | Reviewed court order requiring plaintiffs to file order to show cause for a default judgment; directed staff to update case chart ; filed notice in the proper folder for future reference | 0.30 | 135.00 | MF |
| | Preparation for initial conference. | 0.40 | 140.00 | CE |
| | Attend initial conference. | 0.20 | 70.00 | CE |
| Nov-18-20 | Draft default documents. | 2.30 | 805.00 | CE |
| Dec-03-20 | Reviewed judge's report that telephone initial conference occurred; sent email to Ct requesting further details on the results of the conference; directed staff to update case chart; filed judge's report in the proper folder for future reference | 0.30 | 135.00 | MF |
| | Reviewed motion for default, affidavits ,memo of law, proposed certificate and accompanying documents filed in court; directed staff to update case chart ;  filed notice in the proper folder for future reference | 0.30 | 135.00 | MF |
| | Reviewed court notice of corrections required in   filed proposed certificates of default; directed staff to update case chart ;  filed notice in the proper folder for future reference | 0.30 | 135.00 | MF |
| | Draft Affirmation in support of entry of default. | 0.60 | 210.00 | CE |
| | | 0.30 | 135.00 | CE |
| | Draft certficiate of default. | 0.30 | 105.00 | CE |
| | Drart Affidavit in support of judgment. | 2.30 | 69.00 | CE |
| | Revise and file for certficiates of default. | 0.50 | 175.00 | CE |
| | Review ECF notification from clerk. | 0.20 | 70.00 | CE |
| Dec-04-20 | REvise and file for certficates of default. | 0.40 | 140.00 | CE |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Prepare eshibits in support of default judgment. | 1.90 | 665.00 | CE |
|  | Draft OTSC. | 0.30 | 105.00 | CE |
| Dec-07-20 | reviewed court clerk's approval in form of Plaintiffs proposed order to show cause without emergency relief, proposed damage calculation, proposed motion for default and the accompanying declarations; directed staff to update case chart ; filed order in the proper folder for future reference | 0.30 | 135.00 | MF |
|  | reviewed court order directing defendants to appear on specific date and time to respond to plaintiffs order to show cause motion for default for defendants' failure to respond to complaint and court order setting date for hearing; directed staff to update case chart ; filed order in the proper folder for future reference | 0.30 | 135.00 | MF |
| Mar-11-21 | Draft proposed findings of fact. | 1.60 | 560.00 | CE |
|  | Draft affidavit in support of proposed finding of fact. | 0.40 | 140.00 | CE |
| Mar-12-21 | REvise proposed findings of fact and supporting documents. | 1.10 | 385.00 | CE |
|  | Preparation exhibits for damages inquest. | 0.50 | 175.00 | CE |
|  | Totals | 17.50 | $5,441.50 |  |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Jun-17-20 | Filing Fee | 400.00 |
| Sep-11-20 | Service on Gershom Lordson. | 50.00 |
|  | Service on John Doe Corp. | 66.00 |
|  | Totals | $516.00 |

**Total Fee & Disbursements**                                             $5,957.50

**Balance Now Due**                                                       $5,957.50