UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUAN CARLOS MARTINEZ ROSENDO,

                Plaintiff,

- against -

JOHN DOE CORP., ET AL.,

                Defendants.

20-cv-4656 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Court has reviewed the Report and Recommendation of Magistrate Judge Wang dated January 31, 2024. ECF No. 37. The Report recommends that a default judgment be entered against the defendants for $191,540.80 in damages; $24,601.58 in pre-judgment interest in addition to $22.34 per day from March 13, 2021 through the date of judgment in accordance with the New York Labor Law; post-judgment interest calculated in accordance with 28 U.S.C. § 1961(a); and $3,490 in attorney's fees and costs. See id.

    No objections have been filed to the Report and Recommendation, and the time for any objections has passed. In any event, the Court finds that the Report and Recommendation is well reasoned and correct.[1]

## CONCLUSION

    The Clerk is therefore directed to enter judgment as follows:

---

[1] There is a typographical error in the Report that should be corrected: the Report inadvertently states on page 6, line 9, that an enterprise is engaged in interstate commerce when its employees handle or sell goods that have moved in interstate commerce and whose annual gross sales exceed $500,00, rather than $500,000. See ECF No. 37 at 6, line 9. The Report accurately states the amount as $500,000 in the very next line.

(1) In favor of the plaintiff and against the defendants jointly and severally, as follows:

    (a) For damages in the amount of $191,540.80;

    (b) For pre-judgment interest in the amount of $24,601.58 in addition to $22.34 per day from March 13, 2021 through the date of judgment;

    (c) For post-judgment interest calculated in accordance with 28 U.S.C. § 1961(a); and

    (d) For attorney's fees and costs in the amount of $3,490.

The Clerk is also directed to close all pending motions and to close this case.

**SO ORDERED.**

**Dated:**   **New York, New York**
             **March 12, 2024**

_____
John G. Koeltl
United States District Judge

2